# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Tonya Latney,

    Plaintiff

v.

Karla Ruggiero, et al.,

    Defendants

Case No.: 2:17-cv-01748-JAD-GWF

**Order Adopting Report and Recommendation and Dismissing Title VII Claim**

[ECF No. 2]

Pro se plaintiff Tonya Latney sues her former employer for firing her after an alleged miscommunication. Latney was a traveling case manager through United Staffing Solutions, and she reported to work at Spring Valley Hospital on November 5, 2015. But her supervisor called and told her that she was supposed to report to Centennial Hospital instead. After she was terminated for refusing to report to Centennial Hospital, Latney sued for wrongful termination, breach of contract, and racial discrimination under Title VII.

Because Latney applied to proceed *in forma pauperis*,[1] Magistrate Judge Hoffman screened her complaint.[2] He recommends that I dismiss Latney's Title VII claim against defendants Karla Ruggiero and Robert Freymuller with prejudice because these individuals cannot be held liable under Title VII and amendment would be futile.[3] Judge Hoffman issued his recommendation on July 2, 2018, making July 16, 2018, the deadline to file objections. That deadline has come and gone, and Latney has not objected. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4]

Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Hoffman's report and recommendation **[ECF No. 2] is ACCEPTED and ADOPTED**. Latney's Title VII racial-

---

[1] ECF No. 1.

[2] ECF No. 2.

[3] *Id.* at 4.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

discrimination claim against individual defendants Ruggiero and Freymuller is **DISMISSED with prejudice because amendment would be futile.**

Dated: July 18, 2018

_____
U.S. District Judge Jennifer A. Dorsey